**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARK FEDOR,** | ) | **CASE NO. 1:08CV1205** |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **MAGISTRATE JUDGE GREG WHITE** |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | **JUDGMENT ENTRY** |

Pursuant to the Memorandum of Opinion issued on this date, the decision of the Commissioner is affirmed and judgment is entered in favor of the Defendant.

IT IS SO ORDERED.

                                                        s/ Greg White
                                                       United States Magistrate Judge

Date: April 29, 2009